IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS by ANGELICA B. AMBROSE, ADMINISTRATIVE MANAGER,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHSIDE CONCRETE, INC.,<br><br>Defendant. | No. C13-1016<br><br>ORDER FOR JUDGMENT |

On November 6, 2014, the Court entered its Ruling (docket number 32) finding that Defendant Southside Concrete, Inc. is liable to Plaintiff in the amount of $117,894.54, plus attorney fees incurred after June 20, 2014. The Court directed Plaintiff to notify the Court not later than November 17, 2014 regarding its claim for additional attorney fees. Plaintiff did not submit any additional claim, and the time for doing so has now expired. Accordingly, the Court finds that judgment should enter in the amount previously set.

## ORDER

IT IS THEREFORE ORDERED that judgment enter in favor of Plaintiff Board of Trustees and against Southside Concrete, Inc. in the amount of One Hundred Seventeen Thousand Eight Hundred Ninety-Four Dollars and fifty-four cents ($117,894.54).

DATED this 18th day of November, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA